1 Steven G. Rosales
Attorney at Law: 222224
2 Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
3 Santa Fe Springs, CA 90670
Tel.: (562)868-5886
4 Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

5 Attorneys for Plaintiff
George L. Tapanes
6

7
**UNITED STATES DISTRICT COURT**
8 **CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
9

10

11 GEORGE L. TAPANES,                 ) Case No.: 12-cv-05780- MRW
                                     )
12            Plaintiff,             ) /~~PROPOSED~~/ ORDER OF
                                     ) DISMISSAL
13                                   )
       vs.                           )
14 MICHAEL J. ASTRUE,                )
   Commissioner of Social Security,  )
15                                   )
                                     )
16            Defendant.             )
   _____)
17

18
        The above captioned matter is DISMISSED with prejudice, each party to
19
bear its own fees, costs, and expenses.
20
        IT IS SO ORDERED.
21

22 DATE:   December 14, 2012                    /s/ Judge Wilner
                                         _____
23                                       THE HONORABLE MICHAEL R. WILNER
                                         UNITED STATES MAGISTRATE JUDGE
24

25

26

-1-

1  DATE: December 10, 2012         Respectfully submitted,

2                                  LAW OFFICES OF LAWRENCE D. ROHLFING
                                       /s/ *Steven G. Rosales*
3                              BY:_____
                                   Steven G. Rosales
4                                  Attorney for plaintiff George L. Tapanes

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 12-CV-05780-SVW-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 10, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____