Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
George L. Tapanes

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | |
|---|---|
| GEORGE L. TAPANES, | Case No.: 12-cv-05780- MRW |
| Plaintiff, | /~~PROPOSED~~/ ORDER OF DISMISSAL |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is DISMISSED with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE:   December 14, 2012                         /s/ Judge Wilner
                                              _____
                                              THE HONORABLE MICHAEL R. WILNER
                                              UNITED STATES MAGISTRATE JUDGE

-1-

DATE: December 10, 2012     Respectfully submitted,

                                     LAW OFFICES OF LAWRENCE D. ROHLFING
                                         /s/ *Steven G. Rosales*
                           BY:_____
                                 Steven G. Rosales
                                 Attorney for plaintiff George L. Tapanes

**CERTIFICATE OF SERVICE**
**FOR CASE NUMBER 12-CV-05780-SVW-MRW**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 10, 2012.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Steven G. Rosales*

_____
Steven G. Rosales
Attorneys for Plaintiff
_____